motion to set aside the verdict under section 549 of the Civil Practice Act, and having determined that the verdict of the jury was not contrary to the evidence or the law". In all other respects motion denied. Present — McCurn, P. J., Kimball, Williams and Goldman, JJ. [See *ante*, p. 754.]

■ JULIA PUTVIN, as Administratrix of the Estate of PERCY J. PUTVIN, Deceased, Plaintiff, v. BUFFALO ELECTRIC CO., INC., et al., Defendants. JOSEPH DAVIS, INC., et al., Defendants and Third-Party Plaintiffs-Respondents, v. NOVADEL AGENE CORPORATION (now WALLACE & TIERNAN, INC.), Third-Party Defendant-Appellant. DOLORES HOLZMAN, as Administratrix of the Estate of ALLAN T. HOLZMAN, Deceased, Plaintiff, v. BUFFALO ELECTRIC COMPANY, INC., et al., Defendants. JOSEPH DAVIS, INC., Third-Party Plaintiff-Respondent, v. NOVADEL AGENE CORPORATION (now WALLACE & TIERNAN, INC.), Third-Party Defendant-Appellant. (And Nine Other Actions.) — Motion for leave to appeal to the Court of Appeals denied. Present — McCurn, P. J., Kimball, Bastow and Goldman, JJ. [See 4 A D 2d 1009.]

■ In the Matter of the ERIE COUNTY BAR ASSOCIATION against DINAH R. ROSENBLATT, an Attorney.— Motion for modification of order of disbarment denied. Present — McCurn, P. J., Kimball, Willams, Bastow and Goldman, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent v. EDWARD CLUTE, Appellant.— Motion to appeal on handwritten papers denied on the ground that the papers fail to show merit to the appeal.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM CALLAHAN, Appellant, against WALTER B. MARTIN, as Warden of Attica Prison, Respondent.— Motion to appeal as poor person denied on the ground that the papers fail to show merit to the appeal.

■ WALTER J. HAUCK, Appellant v. DOMENIC W. RONCONE et al., Respondents. — Appeal dismissed as to Genesee Brewing Company, for failure to comply with previous order, without costs.

■ WALTER J. HAUCK, Appellant, v. DOMENIC W. RONCONE et al., Respondents.— Motions adjourned to March 4, 1958. Memorandum: The respondents, other than the respondent, Genesee Brewing Company, move to dismiss appellant's appeal for failure to prosecute. The respective motions are adjourned to March 4, 1958. In view of the statements contained in the affidavit of plaintiff's attorney, we direct attention to certain pertinent statutory provisions. The plaintiff may move in this court for leave to appeal as a poor person. (Civ. Prac. Act, § 558.) An application may then be made to the trial court (§§ 196–199) and pursuant to the provisions of section 1493 of the Civil Practice Act an application may be made to the trial court for a transcript of the stenographic minutes without charge to the appellant. If appellant makes a proper showing, including proof that there is merit to his appeal, it is possible to obtain appropriate relief within the frame of our statutes without the apparent long delay required by an appeal for obtaining contributions from third parties.

■ LEONARD NOTO, Plaintiff, v. CITY OF ROCHESTER et al., Defendants.— Appeal dismissed, without costs, upon stipulation.

■ BERTHA M. SUTTON, v. STATE OF NEW YORK. ANN S. COOPER, v. STATE OF NEW YORK. LEWIS C. COOPER, v. STATE OF NEW YORK.— Appeal dismissed, without costs, upon stipulation.

■ WESTCHESTER FIRE INSURANCE COMPANY, Appellant, v. CHARLES BEANEY, Doing Business as BEANEY TRANSPORT, Respondent.— Motion granted and appeal dismissed, without costs.

■ In the Matter of ERIC WEHR et al., Doing Business as MICRO INSTRUMENT & TOOL CO., Petitioners, against HARRY B. CROWLEY et al., Respondents,